■ · THE PEOPLE OF THE STATE OF NEW YORK EX REL. ROBERT BLOSSNER on Behalf of SANDRA ROTH, Appellant, v WARDEN OF THE HOUSE OF DENTENTION

FOR WOMEN, Respondent.—Judgment, Supreme Court, New York County, entered on June 28, 1977, unanimously affirmed. The stay of extradition proceedings granted by order of this court entered on July 21, 1977 is vacated. No opinion. Concur—Murphy, P. J., Evans, Lane and Markewich, JJ.